# GILMORE & MONAHAN

A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
ALLEN STREET PROFESSIONAL CENTER
TEN ALLEN STREET
P.O. BOX 1540
TOMS RIVER, NEW JERSEY 08754
(732) 240-6000 | FAX (732) 244-1840
WWW.GILMOREMONAHAN.COM

Please reply to:
P.O. BOX 1540
TOMS RIVER, NEW JERSEY 08754

GEORGE R. GILMORE
THOMAS E. MONAHAN·
JEAN L. CIPRIANI
· Certified Civil Trial Attorney

JARED J. MONACO
LAUREN R. STAIGER
ROBIN LA BUE
ANDREA E. WYATT
DENIS P. KELLY
CHRISTEN E. MCCULLOUGH
MICHAEL S. NAGURKA
BARRY A. STIEBER
LEAH A. MCMAHON

*Of Counsel:*
ANGELA M. KOUTSOURIS
CHRISTOPHER J. DASTI

February 1, 2019

Honorable Lois H. Goodman, U.S.M.J.
United States District Court
Clarkson S. Fisher Federal Bldg. & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re: Saddy v. Borough of Seaside Heights, et al.
Civil Action No. 3:18-cv-16137

Dear Judge Goodman:

Concerning the above matter, I represent the defendants, Anthony E. Vaz, Richard Tompkins, Michael Carbone, Louis DiGulio, Anges Polhemus, Harry Smith, Victoria Graichen, Kenneth Roberts, Charles Lasky, and Sergeant Luigi Violante. When I filed the Answer in this matter on December 20, 2018, I failed to identify Anthony E. Vaz as one of the defendants I am representing. This was an oversight.

Accordingly, I am forwarding to Your Honor an Order to permit the filing of an Answer on behalf of Anthony E. Vaz Nunc Pro Tunc.

Respectfully submitted,

THOMAS E. MONAHAN
For the Firm
tem@gm-law.net

TEM:aae
Enclosure

cc: Thomas J. Mallon, Esq.
Eric I. Harrison, Esq.
Kevin B. Riordan, Esq.
Laura Sable, Claim No. 2019158448