# KEVIN B. RIORDAN, ESQ., LLC

*A New Jersey Limited Liability Company*
*Counselors at Law*



20 Hadley Avenue
Toms River, NJ 08753
732-240-2250
Fax 732-240-3334
kriordan@kbrlawfirm.com

Kevin B. Riordan * + ±                                                                       Dina R. Khajezadeh

Gary P. McLean

*\* Certified by the Supreme Court of*
*New Jersey as a Civil Trial Attorney*

*+ New Jersey Institute of*
*Local Government Attorneys*
*Diplomate in Local Government Law*

*± R. 1:40 Court Approved Mediator*

April 3, 2019

### *VIA ELECTRONIC FILING*

Honorable Lois H. Goodman, U.S.D.C.
United States District Court of New Jersey
402 East State Street
Trenton, NJ  08608

RE:   Saddy v. Seaside Park, et al.
Our File No.:  0100-053
Docket No.:  3:18-cv-16137-FLW-LHG

Dear Judge Goodman:

I hereby certify that I have served Initial Disclosures on behalf of defendant, Boyd, on April 3, 2019, upon all counsel pursuant to Fed R. Civ. P. 26.

Thank you for Your Honor's courtesies and consideration in this matter.

Respectfully submitted,
**KEVIN B. RIORDAN, ESQ., LLC**

/s/Kevin B. Riordan

Kevin B. Riordan

KBR/kar
cc:   Thomas J. Mallon, Esquire
Thomas E. Monahan, Esquire
Eric Harrison, Esquire