

# METHFESSEL & WERBEL
*A Professional Corporation*

JOEL N. WERBEL>
JOHN METHFESSEL, JR.>
FREDRIC PAUL GALLIN*+^
STEPHEN R. KATZMAN#
WILLIAM S. BLOOM>*
ERIC L. HARRISON*+
MATTHEW A. WERBEL>
LORI BROWN STERNBACK*+
I. BLAKELEY JOHNSTONE,III+*
GINA M. STANZIALE>
PAUL J. ENDLER JR.>

Of Counsel
JOHN METHFESSEL, SR.>
(1964-1995)
DON CROWLEY=
MARC DEMBLING*+
ED THORNTON*>

Counsel
CHRISTIAN R. BAILLIE+
JOSEPH D. CASTELLUCCI, JR.>
SARAH K. DELAHANT+
JAMES FOXEN^
GERALD KAPLAN>
JARED P. KINGSLEY*+
JOHN R. KNODEL*+
LESLIE A. KOCH+
CHARLES T. MCCOOK, JR.*>
MARC G. MUCCIOLO>
RICHARD A. NELKE~
STEVEN K. PARNESS+
BRENT R. POHLMAN+
AMANDA J. SAWYER^

Associates
EDWARD D. DEMBLING>
JASON D. DOMINGUEZ+
NATALIE DONIS+
MICHAEL R. EATROFF>
DAVID INCLE, JR.>
FRANK J. KEENAN+^
SCOTT KETTERER>

Associates, Cont'd
ALLISON M. KOENKE>
ALICIA C. LANGONE+
ADAM N. LEVITSKY>
OLIVIA R. LICATA+
ASHLEY E. MALANDRE^
JAMES V. MAZEWSKI+
DIAA J. MUSLEH+
KAJAL J. PATEL>
RAINA M. PITTS^
MATTHEW L. RACHMIEL>
WILLIAM J. RADA+
NABILA SAEED^
JARED S. SCHURE>
TIFFANY D. TAGARELLI>
STEVEN A. UNTERBURGER+
LEVI E. UPDYKE+^

* Certified by the Supreme Court of
   New Jersey as a Civil Trial Attorney
+Member of NY & NJ Bar
^Member of PA & NJ Bar
>Member of NJ Bar only
#Member of NJ & LA. Bar
<Member of NJ & DC Bar
≥Member of NJ, PA & DC Bar
~Member of NY, NJ & DC Bar
=Retired from the practice of law

**Please reply to New Jersey**

July 17, 2019

**<u>VIA LAWYERS SERVICE</u>**
**<u>VIA ELECTRONIC FILING</u>**
Hon. Freda L. Wolfson, U.S.D.J.
United States District Court
Clarkson S. Fisher Fed. Bldg.
402 East State Street
Trenton, New Jersey 08608

RE:     **SADDY, JOHN VS. BOROUGH OF SEASIDE HEIGHTS, ET AL.**
        Our File No.          :       86976 ELH
        Civil Action No.      :       3:18-CV-16137

Dear Judge Wolfson:

This firm represents Defendant Christopher Vaz. Enclosed please find Defendant Vaz's Motion to Dismiss the claims of Plaintiff John P. Saddy for lack of standing.

Respectfully submitted,

**METHFESSEL & WERBEL, ESQS.**

Eric L. Harrison
harrison@methwerb.com
Ext. 138

ELH:nas/kfh/Encl.

2025 Lincoln Highway • Suite 200 • P.O. Box 3012 • Edison, NJ 08818 • (732) 248-4200 • FAX (732) 248-2355
112 West 34th Street • 17th Floor • New York, NY 10120 • (212) 947-1999 • FAX (212) 947-3332
1500 Market Street • 12th Floor, East Tower • Philadelphia, PA 19102 • (215) 665-5622 • FAX (215) 665-5623
www.njinslaw.com

Methfessel & Werbel, Esqs.
Our File No. 86976 ELH
Page 2

cc   VIA EMAIL: aggarwal@tmallonlaw.com
VIA REGULAR MAIL
Thomas J. Mallon, Esq.
Mallon & Tranger, Esqs.
86 Court Street
Freehold, NJ 07728
Attorneys for: John P. Saddy

VIA EMAIL: msn@gm-law.net
Michael Nagurka, Esq.
Gilmore & Monahan, P.C.
10 Allen Street, 4th Floor
PO Box 1540
Toms River, NJ 08754
Attorneys for: Richard Tompkins, Carbone, Michael o, Louis DiGuli

VIA EMAIL: KRiordan@kbrlawfirm.com
Kevin B. Riordan, Esq.
Kevin B. Riordan, Esq., LLC
20 Hadley Avenue
Toms River, NJ 08753
Attorneys for: Thomas Boyd

VIA EMAIL: zbarsky@comcast.net
bkorcz@comcast.net
Steven Zabarsky, Esq.
Citta, Holzapfel & Zabarsky
248 Washington Street
Toms River, NJ 08754-0004
Attorneys for: Borough of Seaside Heights

METHFESSEL & WERBEL, ESQS.
2025 Lincoln Highway, Suite 200
P.O. Box 3012
Edison, New Jersey 08818
T:      (732) 248-4200
F:      (732) 248-2355
harrison@methwerb.com
Attorneys for Christopher Vaz
Our File No.  86976 ELH

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOHN P. SADDY, KARMA ENTERTAINMENT, LLC, AND SADDY FAMILY, LLC<br><br>Plaintiff,<br><br>V.<br><br>BOROUGH OF SEASIDE HEIGHTS; et al.<br><br>Defendants. | Civil Action No.: 3:18-CV-16137<br><br>Civil Action<br><br>**NOTICE OF MOTION TO DISMISS THE CLAIMS OF PLAINTIFF JOHN P. SADDY** |

**TO:    MOTIONS CLERK AND ALL COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that the undersigned will apply for an Order to Dismiss the Amended Complaint as to Plaintiff John P. Saddy pursuant to F.R.Civ.P. 12(b)(1).

**METHFESSEL & WERBEL, ESQS.**
Attorneys for Christopher Vaz

By:_____
    Eric L. Harrison

DATED: July 17, 2019